IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GONZALO GONZALES,

    Petitioner,                   No. CIV S-07-2355 LKK EFB P

    vs.

R.J. SUBIA, Warden,

    Respondent.                ORDER

_____/

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. By order filed November 8, 2007, the court ordered petitioner to pay the $5.00 filing fee or submit an application to proceed *in forma pauperis.* Since the filing of that order, petitioner submitted an incomplete application to proceed *in forma pauperis* on the form used in the Northern District. Petitioner also filed two letters to the court, in which he appears to claim that he has already paid the filing fee for this case. The court has no record of petitioner's payment. In fact, petitioner has included with his first letter a letter from the Northern District court stating that his check was being returned to him as his case was being transferred to the Eastern District.

/////

/////

1

1    A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28
2 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).
3    Petitioner has neither paid the fee nor submitted an application for leave to proceed *in*
4 *forma pauperis*.
5    Accordingly, IT IS HEREBY ORDERED that within 30 days from the day this order is
6 served, petitioner shall submit either the filing fee or the application required by section 1915(a).
7 Petitioner's failure to comply with this order will result in a recommendation that this action be
8 dismissed.  The Clerk of the Court is directed to mail to petitioner a form application for leave
9 to proceed *in forma pauperis* in the Eastern District.
10   So ordered.
11 Dated:  April 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE