1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9

GONZALO R. GONZALES,                    )    Case No. 2:07-cv-02355-MSB
                                        )
10         Petitioner,                   )    **ORDER**
                                        )
11  vs.                                  )
                                        )
12  R.J. SUBIA, Warden,                  )
                                        )
13         Respondent.                   )
    _____)
14

        The Court is in receipt of Petitioner's fully briefed Petition for Writ of Habeas Corpus.  (Dkt.

15
16  #s 1, 16, 17).  A ruling on the petition was awaiting the decision of the *en banc* panel of the United

    States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, No. 06-55392.  The en banc

17
18  panel issued its decision on April 22, 2010.  *See Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010)

    (en banc).

19
        **IT IS HEREBY ORDERED THAT:**

20
        The parties are directed to file a status report concerning Petitioner's status within 14 days

21
22  of the date this order is filed.  The report shall be no more than five (5) pages and shall address the

    following questions:  Has Petitioner been paroled?  If not, has he received a parole hearing

23
24  subsequent to the August 24, 2006 parole hearing at issue in this case?  If so, what was the result?

    Does Petitioner have a confirmed parole hearing date?  Are there any other proceedings that may

25
26  affect his status?

27
28

1      DATED this 4th day of June, 2010.

2

3                                    /s/ Marsha S. Berzon
                                     MARSHA S. BERZON
4                                    United States Circuit Judge, sitting by designation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28